Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 14−24528−CMG
                Chapter: 7
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yasin Malloy
    4906 Hunters Glen Drive
    Plainsboro, NJ 08536

Social Security No.:
    xxx−xx−1147

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Atty Disclosure Statement, List of All Creditors, Statement of Financial Affairs, Summary of Schedules, Summary of Liabilities, Exhibit D, Statement of Current Monthly Income and Means Test, Schedules A,B,C,G,H,I,J.

2. This case will be dismissed on July 30, 2014, unless the missing documents are received on or before that date by the Clerk of the Court at:

                U.S. Bankruptcy Court
                402 East State Street
                Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before July 30, 2014.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: July 17, 2014
JJW: srm

                                              James J. Waldron
                                              Clerk

        If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.